IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVE ALLEN STRANGE,

       Plaintiff,

v.                           Case No. 4:19cv440-MW/CAS

CHRISTOPHER EDELEN, et al.,

       Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 15. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for a temporary restraining order and preliminary injunction, ECF No. 12, is **DENIED**. Plaintiff's amended complaint, ECF No. 13, is **DISMISSED** for failure to state a claim upon which relief may be granted. The

1

Clerk shall note on the docket that this case is dismissed pursuant to U.S.C. § 1915(e)(2)(B)(ii)" The Clerk shall close the file.

**SO ORDERED on December 4, 2019.**

**s/ MARK E. WALKER**
**Chief United States District Judge**